UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re:<br>Otis Slatton<br>and<br>Teresa Slatton | § Case No.07-31934<br>§<br>§<br>§<br>§ Chapter 13 |

## AMENDED APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS AND CERTIFICATE OF SERVICE

1.  I am making application to receive $10,788.01, which was deposited as unclaimed funds on behalf of Otis and Teresa Slatton.

2.  Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following:

    ☐  a.  Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

    ☒  b.  Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds on behalf of the debtors, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

    ☐  c.  Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

    ☐  d.  Applicant is a duly authorized corporate office (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

    ☐  e.  Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the descendent's estate.

    ☐  f.  None of the above apply.  As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:
    _____
    _____
    _____

3.  I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4.  I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 4/12/11

Applicant's Signature: _____
Applicant's Name:    Jason Laas-Sughrue
Address              723 Main Street Suite 710
                     Houston, Texas  77002
Phone:               (713) 228-0200

Subscribed and sworn before me this 12 day of April, 2011.

AMY JO MENARD
Notary Public, State of Texas
My Commission Expires
March 28, 2015

Notary Public: Amy Jo Menard
State of Texas
My commission expires March 28, 2015

Attachments:   1. Letter from Debtors
(if any)       2. _____
               3. _____
               4. _____

## Certificate of Service

      I certify that on 12th day of April 2011, a true and correct copy of this amended application for payment of unclaimed funds was served by first class United States mail and/or electronically on the following:

U.S. Attorney
P.O. Box 61129
Houston, TX   77208

U.S. Trustee
515 Rusk Ave., Ste, 3516
Houston, TX   77002

David G. Peake, Chapter 13 Trustee
(electronically)

Jason Laas-Sughrue

3/23/11

ATT: MOLLY

TO WHOM IT MAY CONCERN I GIVE MY PERMISSION TO THE LAWFIRM OF SUGARUE & ASSOCIA TO PERSUE THE MATTER OF OBTAINING FOR ME THE REFUND OWED TO ME BY THE BANKRUPTCY COURT

THANK YOU

_Otis Slatton_ OTIS SLATTON

_Teresa Slatton_ TERESA SLATTON

IF YOU HAVE ANY QUESTIONS MY NUMBER IS 213-515-7947

Attachment 1