| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 07-31934<br>Southern District of Texas<br>Houston<br>Thu Mar 10 11:17:04 CST 2011 | Harris County<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD, MN 56302-7999 | Nuvell Credit Company LLC<br>PO Box 130156<br>Roseville, MN 55113-0002 | ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Advance America (EZ Corp)<br>439B Sheldon Rd<br>Channelview, TX 77530 | Allied Data Corporation<br>13111 Westheimer, Ste 400<br>Houston, TX 77077-5547 |
| Amritech Buildings<br>1010 Southview Circle<br>Center, TX 75935-4537 | Capital One 12/2006<br>1500 Capital One Dr<br>Richmond, VA 23238 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cashnet (payday kings)<br>6666 Harwin, Ste 410<br>Houston, TX 77036-2291 | Certegy Payment Recovery Services<br>11601 Roosevelt Blvd<br>St Petersburg, FL 33716-2202 | Check N Go<br>105-5 Kenning Rd<br>Crosby, TX 77532-5128 |
| Checktronic<br>500 North Alcard St, Ste 2850<br>Dallas, TX 75246 | City of Baytown<br>2401 Market St<br>P.O. Box 424<br>Baytown, TX 77522-0424 | First Conveniance Bank<br>4533 Garth Rd<br>Baytown, TX 77521-2123 |
| First Convenience Bank<br>P O Box 909<br>Killeen, TX 76540-0909 | First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | Freeway Finance<br>11410 I-10 east #180<br>Houston, TX 77093 |
| Global Finance<br>6750 West Loop South #250<br>Bellaire, TX 77401-4111 | Goldstar Finance<br>2309 B N Alexander Dr<br>Baytown, TX 77520-3434 | Goose Creek CISD %Reid, Strickland & Gi<br>P.O. Box 809<br>Baytown, Texas 77522-0809 |
| Goose Creek ISD Tax Assessor/Collector<br>P.O. Box 2805<br>Baytown, TX 77522-2805 | Harris County, et al<br>c/o Tara L. Grundemeier<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Icn Financial resources<br>6101 Southwest Freeway #112<br>Houston, TX 77057-7392 |
| JP Morgan Chase Bank, NA/Bank One<br>PO BOX 901032<br>Ft. Worth, TX 76101-2032 | (p)JEFFERSON CAPITAL SYTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lowes<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |

| | | |
|---|---|---|
| Mid State Homes Inc<br>P.O. Box 31601<br>Tampa, FL 33631-3601 | Paragon Way, Inc.<br>2101 W. Ben White Blvd., Suite 103<br>Austin, TX 78704-7517 | Paul Bettencourt Harris County Tax Asses<br>P.O. Box 4622<br>Houston, TX 77210-4622 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Premier Bankcard/Charter<br>P.O. Box 2208<br>Vacaville, CA 95696-8208 | Progressive Finance<br>3877 S. 400 East<br>Salt Lake City, UT 84115-4607 |
| Providian<br>P.O. Box 660548<br>Dallas, TX 75266-0548 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA, 981119221 | San Jacinto Methodist Hospital<br>4401 Garth Rd<br>Baytown, TX 77521 |
| Speedy Cash<br>1911 Garth Rd<br>Baytown, TX 77520-2468 | Sprint Customer Service<br>P.O. Box 8077<br>London, KY 40742-8077 | Sprint Nextel Corporation<br>Attn:  Bankruptcy Department<br>PO Box 172408<br>Denver, Co 80217-2408 |
| Sughrue & Associates, PLLC<br>1001 Texas Ave, Ste 1400<br>Houston, TX 77002-3194 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Walter Mortgage Company<br>P.O. Box 31601<br>Tampa, FL 33631-3601 |
| World Finance<br>2217 N Alexander Dr<br>Baytown, TX 77520-3433 | David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3860 | Jason Laas-Sughrue<br>Sughrue Law Firm<br>Houston, TX 77002 |
| Otis Slatton<br>312 Natchez St<br>Baytown, TX 77520-1543 | Teresa Slatton<br>P O Box 648<br>Baytown, TX 77522 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE (Chapter 13 Notice)<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114-1294 | Capital One Bank<br>C/O Tsys Debt Mgmt<br>PO Box 5155<br>Norcross , GA 30091 | (d)IRS<br>Philadelphia, PA 19255 |
| Jefferson Capital Systems, LLC<br>P.O. Box 23051<br>Columbus, GA 31902-3051 | Portfolio Recovery Associates, LLC.<br>PO Box 12914<br>NORFOLK VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, NA | (u)TSYS DEBT MANAGEMENT | (u)National Payday Advance |

| | | |
|---|---|---|
| (d)Nuvell Credit Company LLC<br>PO Box 130156<br>Roseville MN 55113-0002 | (d)ROUNDUP FUNDING, L.L.C.<br>MS 550<br>PO Box 91121<br>SEATTLE, WA 98111-9221 | End of Label Matrix<br>Mailable recipients   49<br>Bypassed recipients    5<br>Total                     54 |