UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | Case No.07-31934-H4 |
| Otis Slatton | § | |
| and | § | |
| Teresa Slatton | § | Chapter 13 |

## AMENDED ORDER OF PAYMENT OF UNCLAIMED FUNDS

Upon the amended application of Otis Slatton and Teresa Slatton, seeking payment of $10,788.01 representing funds previously unclaimed by

> Otis Slatton
> Teresa Slatton
> P.O. Box 648
> Baytown, Texas   77520

a creditor or debtor in the above-entitled case, and it appearing from the amended application and supporting documentation that Jason Laas-Sughrue is entitled to the unclaimed funds on behalf of the debtors, it is

Ordered that the Clerk pay $ 10,788.01 to:

> Otis Slatton and Teresa Slatton
> c/o Jason Laas-Sughrue
> 723 Main Street Suite 710
> Houston, Texas   77002

Signed this ____ day of April, 2011.

_____
**UNITED BANKRUPTCY JUDGE**